UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| **DAVID DODSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:24-cv-00006-RLY-CSW |
| | ) | |
| **NORFOLK SOUTHERN CORPORATION,** | ) ) | |
| | ) | |
| Defendant. | ) | |

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 1/23/2025

## JOINT STIPULATION OF DISMISSAL

Plaintiff David Dodson and Defendant Norfolk Southern Corporation ("Norfolk Southern" or "Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate that the above captioned matter be dismissed with prejudice. Each party shall bear his or its own attorney fees and costs.

Date: January 22, 2025                           Respectfully submitted,

*/s/ Michael Ernspiker* (With Permission)        */s/ Kathleen Jones Goldman*
Taylor Ferguson                                   Kathleen Jones Goldman (Admitted Pro Hac Vice)
Andrew Dutkanych, III                             Carl A. Misitano (Admitted Pro Hac Vice)
BIESECKER DUTKANYCH & MACER LLC (Indianapolis)    Buchanan Ingersoll & Rooney PC
144 N. Delaware Street                            Union Trust Building
Indianapolis, IN 46204                            501 Grant Street, Suite 200
(317) 991-4765                                    Pittsburgh, PA 15219
Fax: (812) 424-1005                               Phone: (412) 562-8800
tferguson@bdlegal.com                             Email: kathleen.goldman@bipc.com
ad@bdlegal.com                                           carl.misitanol@bipc.com

*Attorneys for Plaintiff*

*Attorneys for Defendant Norfolk Southern Corporation*